UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 01-27326 |
| McCook Metals, L.L.C. | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Bruce W. Black |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

### ORDER TO WITHDRAW UNCLAIMED FUNDS

     IT IS HEREBY ORDERED that the Clerk of the United States Bankruptcy Court is directed to pay $1,316.06 to Kimiko Stonis, claimant, c/o Dilks & Knopik, LLC, in the above captioned case.

   Claimant's last four digits of Social Security number or EIN #: 3536
Dilks & Knopik, LLC's last four digits of EIN #: 9851


Pursuant to the Change of Address previously filed with the Court, the funds should be sent to: Kimiko Stonis, 35308 SE Center Street, Snoqualmie, WA 98065


Enter:

                                    Honorable Bruce W. Black
Dated: June 11, 2014                        United States Bankruptcy Judge

**Prepared by:**

David R. Herzog
HERZOG & SCHWARTZ, P.C.
77 W. Washington Street, Suite 1717
Chicago, IL 60602
312-977-1600